THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 The State, Respondent,
 v.
 Jesse Lee
 Childs, Appellant.
 
 

Appeal From Greenville County
 Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2008-UP-483
 Submitted August 1, 2008  Filed August
12, 2008    

APPEAL DISMISSED

 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert Mills Ariail, of Greenville, for Respondent.
 
 

PER
 CURIAM:  Jesse Lee Childs appeals his guilty plea to armed robbery, carjacking, possession of a weapon
 during the commission of a violent crime, and breaking and entering a motor
 vehicle and concurrent sentences of fifteen, fifteen, five, and five,
 respectively.  Childs counsel argues the plea court erred by
 accepting his plea to both armed robbery and carjacking in violation of his right against double jeopardy because both charges were based on the same set of
 facts.  Childs filed a separate pro se brief claiming he received ineffective assistance of counsel.  After
 a thorough review of the record and both briefs pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the
 appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
 KONDUROS, J., CURETON and GOOLSBY,
 A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.